## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

------------------------------------------------------x

In re: :
  :
**JOHNS CREEK COAL COMPANY,** : Chapter 11 Case No.
  :
  : 303-03962
  :
Debtor. :
  :
------------------------------------------------------x

In re: :
  :
**JAMES RIVER COAL COMPANY,** : Chapter 11 Case No.
  :
  : 303-04095
  :
Debtor. :
------------------------------------------------------x

In re: :
  :
**JAMES RIVER COAL SALES, INC.,** : Chapter 11 Case No.
  :
  : 303-04096
  :
Debtor. :
  :
------------------------------------------------------x

In re: :
  :
**JAMES RIVER COAL SERVICE** : Chapter 11 Case No.
**COMPANY,** :
  : 303-04097
  :
Debtor. :
------------------------------------------------------x

In re: :
  :
**LEECO INC.,** : Chapter 11 Case No.
  :
  : 303-04098
  :
Debtor. :
------------------------------------------------------x

Re: 2

```
------------------------------------------------x
In re:                                          :
                                                :
LEECO PROCESSING COMPANY,                        :        Chapter 11 Case No.
                                                :
                                                :          303-04099
                        Debtor.                  :
------------------------------------------------x
In re:                                          :
                                                :
BOCC HOLDING CO., INC.,                          :        Chapter 11 Case No.
                                                :
                                                :          303-04100
                                                :
                        Debtor.                  :
------------------------------------------------x
In re:                                          :
                                                :
BLUE DIAMOND COAL EXPORT                         :        Chapter 11 Case No.
COMPANY,                                         :
                                                :          303-04101
                                                :
                        Debtor.                  :
------------------------------------------------x
In re:                                          :
                                                :
EOLIA RESOURCES, INC.,                           :        Chapter 11 Case No.
                                                :
                                                :          303-04102
                                                :
                        Debtor.                  :
------------------------------------------------x
In re:                                          :
                                                :
BLUE DIAMOND COAL COMPANY,                        :        Chapter 11 Case No.
                                                :
                                                :          303-04103
                                                :
                        Debtor.                  :
------------------------------------------------x
In re:                                          :
                                                :
LEATHERWOOD PROCESSING                           :        Chapter 11 Case No.
COMPANY,                                         :
                                                :          303-04104
                        Debtor.                  :
```

```
------------------------------------------------------x
In re:                                                :

BLEDSOE COAL CORPORATION,                             :     Chapter 11 Case No.
                                                      :
                                                      :         303-04105
                                                      :
                                                      :
                                      Debtor.         :
------------------------------------------------------x
In re:                                                :
                                                      :
SHAMROCK COAL COMPANY,                                :     Chapter 11 Case No.
INCORPORATED,                                         :
                                                      :         303-04106
                                                      :
                                      Debtor.         :
------------------------------------------------------x
In re:                                                :
                                                      :
BLEDSOE PROCESSING COMPANY,                           :     Chapter 11 Case No.
                                                      :
                                                      :         303-04107
                                                      :
                                      Debtor.         :
------------------------------------------------------x
In re:                                                :
                                                      :
BLEDSOE COAL LEASING COMPANY,                         :     Chapter 11 Case No.
                                                      :
                                                      :         303-04108
                                                      :
                                      Debtor.         :
------------------------------------------------------x
In re:                                                :
                                                      :
JOHNS CREEK ELKHORN COAL                              :     Chapter 11 Case No.
CORPORATION,                                          :
                                                      :         303-04109
                                                      :
                                      Debtor.         :
------------------------------------------------------x
```

```
------------------------------------------------x
In re:                                          :
                                                :
MCCOY ELKHORN COAL                              :    Chapter 11 Case No.
CORPORATION,                                    :
                                                :      303-04110
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :
                                                :
PIKE COUNTY RESOURCES, INC.,                    :    Chapter 11 Case No.
                                                :
                                                :      303-04111
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :
                                                :
PRIMARY ENERGIES CORPORATION,                   :    Chapter 11 Case No.
                                                :
                                                :      303-04112
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :
                                                :
JOHNS CREEK PROCESSING COMPANY,                 :    Chapter 11 Case No.
                                                :
                                                :      303-04113
                                                :
                    Debtor.                     :
------------------------------------------------x
In re:                                          :
                                                :
BELL COUNTY COAL CORPORATION,                   :    Chapter 11 Case No.
                                                :
                                                :      303-04114
                                                :
                    Debtor.                     :
------------------------------------------------x
```

```
--------------------------------------------------------x
In re:                                    :
                                          :
HIGNITE PROCESSING COMPANY,               :        Chapter 11 Case No.
                                          :
                                          :        303-04115
                                          :
                                          :
                       Debtor.            :
--------------------------------------------------------x        Judge  Harrison
```

## ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the motion (the "Motion") [1] of the debtors and the debtors in possession in the

above-captioned cases (collectively, the "Debtors") for entry of an order pursuant to Bankruptcy

Rule 1015(b) directing the joint administration of the Debtors' chapter 11 cases and the

consolidation thereof for procedural purposes only; and upon the record of the hearing on the

Motion (the "Hearing");

IT IS HEREBY FOUND AND DETERMINED THAT:

A.      The Court has jurisdiction over the Motion pursuant to sections 157 and 1334 of

title 28 of the United States Code (the "Judicial Code");

B.      This is a core proceeding pursuant to section 157(b)(2) of the Judicial Code;

C.      Venue for proceedings on the Motion is proper in this district pursuant to section

1409 of the Judicial Code;

D.      Notice of the Motion and the Hearing was sufficient;

E.      Cause exists for the granting of the relief requested in the Motion; and

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted.  The cases of the Debtors shall be administered jointly.

---

[1] Unless otherwise defined herein, all capitalized terms used herein shall have the meanings set forth in the Motion.

2.     Parties in interest are directed to use a consolidated caption in the form annexed hereto as Exhibit "1" when filing pleadings with the Court in each of the above-captioned cases, indicating that the pleading relates to the jointly administered chapter 11 cases of "James River Coal Company, *et al.*"

3.     A docket entry shall be made on the docket in each of the above-captioned cases (other than the James River Coal Company case) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of this case into the chapter 11 cases of James River Coal Company, *et al.* The docket of James River Coal Company Case No. [     ] should be consulted for all matters affecting this case."

4.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise affecting a substantive consolidation of the above-captioned chapter 11 cases.

ENTER this _____ day of March, 2003.

MAR 2 6 2003

UNITED STATES BANKRUPTCY JUDGE

2

APPROVED FOR ENTRY:

_Gene L. Humphreys_

Paul G. Jennings, Esq.
Gene L. Humphreys, Esq.
BASS, BERRY & SIMS PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238-2700
Telephone: (615) 742-6200
Facsimile: (615) 742-6293

and

Corinne Ball, Esq.
Andrew L. Buck, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Proposed Attorneys for Debtors
 and Debtors in Possession

A copy of this order shall be mailed in accordance with
Fed. R. Bankr. P. 2002, LBR 9013-1 and 9013-3 by:
Jennings
[✓] Debtor or Dr's Atty      [ ] Atty for Movant
[ ] Trustee or Tr's Atty     [ ] _____

[ ] Clerk's Office only:
[ ] Chief Deputy         [ ] Debtor and Dr's Atty
[ ] Financial Clerk      [ ] Trustee &/or Tr's Atty
[ ] Judgment Book        [ ] Movant &/or Mvt's Atty
[ ] Adversary Case       [ ] All parties to agreed order
[ ] UST                  [ ] All parties in cert of svc
[ ] _____          [ ] All creditors

3

# EXHIBIT 1

## [PROPOSED FORM OF CAPTION]

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

```
-----------------------------------------------------x
In re:                                        :
                                              :
JAMES RIVER COAL COMPANY,                     :          Chapter 11 Case No.
et al.,                                       :
                                              :          _____
                                              :          Jointly Administered
                                              :          Judge _____
                     Debtors.                 :
                                              :
-----------------------------------------------------x
```

## [TITLE OF PLEADING OR OTHER DOCUMENT]

2367504.3